**UNITED STATES BANKRUPTCY COURT**
Eastern District Of Pennsylvania

**IN RE:** BRIAN GARTON; SAMANTHA SANTORO    **CASE NO:** 1514753

**NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS**

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 4 from the Chapter 13 Trustee should be sent to the following address:

| | |
|---|---|
| **OLD Payments Address:** | **NEW Payments Address:** |
| Wells Fargo Financial National Bank | Wells Fargo Bank, N.A. |
| P.O. Box 660431 | PO Box 14487 |
| Dallas, TX 75266-0431 | Des Moines, IA 50309 |

/s/  Katherine R. Wambold
Katherine R. Wambold
**Wells Fargo Bank, N.A.**
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 1-877-455-9946
Email address: wffbankruptcy@wellsfargo.com

BKCOADDR (12/2018)