# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brian Garton<br>         Samantha Santoro<br>                    Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC, its successors and/or assigns<br>                    Movant<br>          vs.<br>Brian Garton<br>Samantha Santoro<br>                    Debtors | NO. 15-14753 ELF |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certificate of Default of Nationstar Mortgage LLC, which was filed with the Court on or about **November 13, 2019**.

> Respectfully submitted,
>
> **/s/ Rebecca A. Solarz, Esquire**
> Rebecca A. Solarz, Esquire
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA  19106

November 15, 2019