United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14753-elf |
| Brian Garton | Chapter 13 |
| Samantha Santoro | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Garton, Samantha Santoro, 2306 Old Bethlehem Pike, Sellersville, PA 18960-1230 |
| cr | + | SYNCHRONY BANK, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13557821 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13633623 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13557820 | + | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13557823 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 13557830 | + | Grand View Hospital, 700 Lawn Avenue, Sellersville, PA 18960-1587 |
| 13557831 | + | Lawn Avenue Medical Assoc, PO Box 1111, Harleysville, PA 19438-0907 |
| 13557833 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 13557839 | + | SE PA Pain Management LTD, PO Box 826499, Philadelphia, PA 19182-6499 |
| 13574897 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13578350 | | Wells Fargo Bank, N.A., P.O. Box 19657, Irvine, CA 92623-9657 |
| 13557841 | + | Wells Fargo Home Projects Visa, Wells Fargo Financial, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13557842 | + | Wfs Financial/Wachovia Dealer Srvs, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 13601230 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13557819 | + | Email/Text: broman@amhfcu.org | Dec 17 2020 03:52:00 | American Heritage Fcu, 2060 Red Lion Rd., Philadelphia, PA 19115-1699 |
| 13622471 | + | Email/Text: bncmail@w-legal.com | Dec 17 2020 03:52:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13622468 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2020 03:51:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13557824 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2020 03:51:00 | Comenity Bank/bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13557825 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2020 03:33:57 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 15-14753-elf    Doc 64    Filed 12/18/20    Entered 12/19/20 01:08:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 13557826 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 17 2020 03:44:37 | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, Po Box 81577, Austin, TX 78708 |
| 13557827 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:38:53 | GECRB/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13557828 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:33:49 | GECRB/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13557829 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:33:49 | GECRB/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 13557822 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 17 2020 03:38:57 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 13625845 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2020 03:39:09 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13641928 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2020 03:39:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13557832 | + | Email/Text: bk@lendingclub.com | Dec 17 2020 03:53:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 13560424 | + | Email/Text: bk@lendingclub.com | Dec 17 2020 03:53:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 13587629 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2020 03:52:00 | Midland Credit Management, Inc, as agent for Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13557834 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | PA Department of Revenue, PA Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 13565614 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 03:51:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 13557837 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 03:51:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 13625481 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:44:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13557835 | + | Email/Text: blegal@phfa.org | Dec 17 2020 03:52:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 13557836 | | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:38:56 | Pay Pay Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 13647282 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13557838 | + | Email/Text: bankruptcy@prosper.com | Dec 17 2020 03:53:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 13628801 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2020 03:52:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13587801 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2020 03:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14215715 | + | Email/Text: bncmail@w-legal.com | Dec 17 2020 03:52:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13557840 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 17 2020 03:53:00 | Webbank/gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 44

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | *+ | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13601457 | *+ | American Heritage FCU, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13621828 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Brian Garton msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com |
| MICHAEL SETH SCHWARTZ | on behalf of Joint Debtor Samantha Santoro msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Brian Garton and Samantha Santoro
    Debtor(s)                                    Bankruptcy No: 15−14753−elf
                                                        Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                   For The Court
                                                                                   Timothy B. McGrath
                                                                                      Clerk of Court

Dated: 12/16/20

                                                                                                                                  63 − 62
                                                                                                                            Form 138_new